Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170
Attorneys for Plaintiff,
**AMBER MACHOWSKI**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>　　　　　Plaintiff,<br>　　v.<br>SOUTH BORDER INVESTMENT LLC, a California limited liability company; and DOES 1-10,<br>　　　　　Defendants. | Case No. 8:20-cv-02261-JLS-DFM<br><br>Hon. Josephine L. Staton<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

　　　The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the

Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: July 30, 2021            **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:   */s/Laura Steven*
      Laura Steven, Esq.
      Attorneys for Plaintiff, Amber Machowski

DATED:  July 30, 2021          THE DAVID EPSTEIN LAW FIRM

By: ___*/s/ David G. Epstein*___
David G. Epstein, Esq.
Attorneys for Defendant, South Border Investment LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Laura Steven

___*/s/ Laura Steven*___
By: Laura Steven
Attorney for Plaintiff Amber Machowski