# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Machowski, | ) Case No. 8:20-CV-02261-JLS (DFMx) |
| Plaintiff(s), | ) ORDER STAYING ACTION PENDING FINAL ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF ) DISMISSAL |
| South Border Investment LLC et al, | ) |
| Defendant(s). | ) |

On July 30, 2021 Plaintiff filed a Notice of Settlement (Doc. 35), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed within sixty (60) days of this order.

The parties shall file a Stipulation of Dismissal no later than September 28, 2021 (the "Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time.

Until the Dismissal Date, the Court retains full jurisdiction over this action.

**Any outstanding Orders to Show Cause are discharged.**

IT IS SO ORDERED.

DATED: August 02, 2021

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE