# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual, | Case No.: 8:20-cv-02261-JLS-DFM |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| SOUTH BORDER INVESTMENT LLC, a California limited liability company; and DOES 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the parties' stipulation (Doc. 37), and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Amber Machowski's action against Defendant South Border Investment LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: October 14, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE